**Charles W. PETERSON, as Owner of THE Lighter HELENA, Appellee, v. THE Steam Tug MUNLEDA, Muson Inland Water Lines, Inc., Appellant.**

No. 63.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1932.

Irving L. Evans, of New York City (Horace M. Gray, of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney and Carl F. Vander Clute, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.